UNITED STATES of America,
Plaintiff–Appellee,

v.

Richard V. NGUYEN, Defendant–
Appellant.

No. 13–50611.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted May 13, 2014.*

Filed May 22, 2014.

Jean–Claude Andre, Assistant U.S., David Michael Herzog, Assistant U.S., Zoran Joseph Segina, I, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Richard V. Nguyen, pro se.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

MEMORANDUM **

Richard V. Nguyen appeals from the revocation of supervised release and 12–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Nguyen's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Nguyen the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.